

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re The Commitment of Anthony Bernard Wiley

No. 06-18-00056-CV

Appeal from the 89th District Court of Wichita County, Texas (Tr. Ct. No. 186,685-C). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause to the trial court for a new trial.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED FEBRUARY 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk